IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-60074

In Re: MARTIN ROBERSON

      Movant

5:07cv208

United States Court of Appeals
Fifth Circuit
**FILED**
March 7, 2008

Charles R. Fulbruge III
Clerk

---

Transfer from the United States District Court for the
Southern District of Mississippi, Jackson USDC No. 5:07-CV-208

---

CLERK'S OFFICE:

Authorization to file a Successive 2255 Petition is denied for failure to comply with this Court's notice of January 25, 2008.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

By: _____
        Nancy Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana   MAR 7 2008